IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BRYANT, Reg. No. 54559-004, | ) ) ) |
| Petitioner, | ) ) |
| v. | )  CIVIL ACTION NO. 2:19-CV-274-WHA ) |
| WALTER WOODS, | ) ) |
| Respondent. | ) |

## **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the March 10, 2021 Recommendation of the Magistrate Judge (Doc. #23). There being no objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The instant 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner is DENIED.

3. This case is DISMISSED as moot since a more favorable decision on the merits would not entitle Petitioner to any additional habeas relief.

A separate Final Judgment will be entered.

DONE this 31st day of March, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE